

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY
INSURANCE AND ANNUITY FUNDS,

                Plaintiffs,

-against-

EAST END WINDOW TECHNOLOGIES, INC.,

                Defendant.

Index # 07-CIV-3964 (CLB)

#07- 0197 WP

**SATISFACTION OF JUDGMENT**

------------------------------------------------------------------

WHEREAS, a default judgment was entered in the above entitled action on July 12, 2007 in the United States District Court, Southern District of New York in favor of TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS and against EAST END WINDOW TECHNOLOGIES, INC. in the amount of $17,650.47, which Judgment was docketed on July 12, 2007 in the office of the Clerk, United States District Court, Southern District of New York,

AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, EAST END WINDOW TECHNOLOGIES, INC.,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated: September 25, 2007

                                        BARNES, IACCARINO, VIRGINIA,
                                        AMBINDER & SHEPHERD, PLLC

Sworn to before me this
25th day of September, 2007

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010

_____
DANA L. HENKE, ESQ.
Attorneys for Judgment Creditor
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

*Margin annotation:* 7/28/2007: judgment marked satisfied and entered into money judgment book by Michael O'Hearn, Clerk of the Court. Sally Faison, Deputy Clerk.